

# THE STATE OF TEXAS
## MANDATE

TO THE 202ND DISTRICT COURT OF BOWIE COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 31st day of December, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Jason Massey, Appellant                                No. 06-14-00098-CR

                          v.                           Trial Court No. 13F0017-202

The State of Texas, Appellee


As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the trial court's order denying Jason Massey's motion to suppress, and we remand this case to the trial court for further proceedings consistent with this opinion.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 11th day of March, A.D. 2015.

DEBRA K. AUTREY, Clerk